NUMBER 13-08-00613-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE FERNANDO GARCIA






On Petition for Writ of Mandamus.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, Fernando Garcia, pro se, seeks a writ of mandamus ordering the trial court
to provide him with the record pertaining to his conviction for intoxication manslaughter. (2) 
This Court previously affirmed the conviction. See Garcia v. State, No. 13-06-00488-CR,
2008 Tex. App. LEXIS 5990, at *8 (Tex. App.-Corpus Christi Aug. 7, 2008, no pet.) (mem.
op. not designated for publication). In that appeal, relator was represented by appointed
counsel.

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought. 
Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 6th day of November, 2008.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. This Court previously considered and denied a similar petition for writ of mandamus filed by relator
in this cause. See In re Garcia, No. 13-08-00568-CR, 2008 Tex. App. LEXIS 7650, at *1 (Tex. App.-Corpus
Christi Oct. 10, 2008, orig. proceeding) (per curiam) (not designated for publication).